

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00117-CR

WALTER ROBERT BARTRAM II, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 18,968

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Appellant, Walter Robert Bartram II, perfected this appeal from several judgments of conviction entered by the 115th Judicial District Court of Upshur County, Texas, in trial court cause number 18,968. The State notified this Court that Bartram died on January 9, 2025. Thereafter, the State forwarded a custodial death report from the Texas Attorney General's Office and the Texas Department of Criminal Justice confirming Bartram's death.

Bartram died after this appeal was perfected but before this Court issued its mandate. In accordance with Rule 7.1(a)(2) of the Texas Rules of Appellate Procedure, we, on our own motion, permanently abate this appeal. *See* TEX. R. APP. P. 7.1(a)(2); *State v. McCaffrey*, 76 S.W.3d 392, 392 (Tex. Crim. App. 2002) ("We have long held that the death of the appellant during the pendency of his appeal deprives the court of jurisdiction[,] and the proper disposition is [permanent] abatement."); *Whitmire v. State*, 943 S.W.2d 894, 895 (Tex. Crim. App. 1997) (per curiam).

Scott E. Stevens
Chief Justice

Date Submitted:     February 11, 2025
Date Decided:       February 14, 2025

Do Not Publish